| ☐AO 93 | (Rev. 12/03) Search Warrant |

# UNITED STATES DISTRICT COURT

District of | Alaska

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Express Mail parcel with USPS Tracking Number EI 602165468 US, bearing meter strip number 00016987-11 for the amount of $34.55, addressed to "Dave Romjue, PO Box 6038, Sitka, AK 99835" from "R. Short, 13118 105th Ave, Puyallup, WA 98374."

**SEARCH WARRANT**

Case Number: 1:13-mj-000004-LCL

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) | or any Authorized Officer of the United States

Affidavit(s) having been made before me by | Bryce K. Dahlin | who has reason to believe
Affiant

that ☐ on the person of, or X on the premises known as (name, description and/or)

The above described article, currently located in a locked container at the Sitka Post Office, 1207 SMC, Sitka, AK 99835.

in the | District of | Alaska | there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before | June 30, 2013
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

as required by law.

U.S. Magistrate Judge (Rule 41 (f)(4))

At | Juneau, AK

Date and Time Issued
Leslie Longenbaugh / U.S. Magistrate Judge
Name and Title of Judge

**Signature Redacted**
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 1:13-mj-000004-LCL |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 6/20/13 | 6/20/13 4:15 PM | Debbie Guthrie USPS | |
| INVENTORY MADE IN THE PRESENCE OF | Franee Bega | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | | |

— 1 Package of Heat sealed Marijuana 8.6 ounces

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**Signature Redacted**     USPIS
Bryce K. Dahlin

Subscribed, sworn to, and returned before me this date.

**Signature Redacted**
Signature of Judge     June 21, 2013
     Date